IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWIGHT DENNIS,

    Petitioner,

v.                                              4:13cv136–WS/CJK

SECRETARY, DEPT.
OF CORRECTIONS, and
FLORIDA PAROLE COMMISSION,

    Respondents.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 1, 2015.  Doc. 19.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 19) is hereby

ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition (doc. 1) for writ of habeas corpus is DENIED.

3.  The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DENIED."

4.  A certificate of appealability is DENIED.

DONE AND ORDERED this   30th   day of   July  , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE